**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IMPLICIT, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>CAPITAL ONE FINANCIAL CORP.,<br>CAPITAL ONE, NATIONAL<br>ASSOCIATION<br><br>        Defendants. | **Civil Action No. 4:23-cv-770**<br><br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Implicit, LLC declares that it has no parent corporations or any publicly held company owning more than 10% of its stock.


Dated: August 25, 2023                        DEVLIN LAW FIRM LLC


                                  */s/ James M. Lennon*
                                  James M. Lennon
                                  jlennon@devlinlawfirm.com
                                  Timothy Devlin
                                  tdevlin@devlinlawfirm.com
                                  1526 Gilpin Avenue
                                  Wilmington, Delaware 19806
                                  Telephone: (302) 449-9010
                                  Facsimile: (302) 353-4251


                                  *Attorneys for Plaintiff Implicit, LLC*