UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IMPLICIT, LLC § | |
| § | |
| v.  § | CIVIL NO. 4:23-CV-770-SDJ |
| § | |
| CAPITAL ONE FINANICIAL CORP., § | |
| ET AL. § | |

## ORDER

Before the Court is Capital One Defendants' Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint. (Dkt. #13). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint shall be extended to **January 26, 2024**.

**So ORDERED and SIGNED this 16th day of January, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE