IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>       Plaintiff,<br><br> v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>       Defendant. | Civil Action No. 4:23-cv-770<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

 In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Defendant Capital One, National Association hereby respectfully demands a jury trial on all issues so triable.

Dated:  January 26, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*

 Melissa Smith (Texas Bar No. 24001351)
 **GILLAM & SMITH LLP**
 303 South Washington Avenue
 Marshall, TX 75670
 Tel:  +1 903 934 8450
 Fax:  +1 903 934 9257
 Melissa@gillamsmithlaw.com

 Devon C. Beane (*admitted phv*)
 Jonah B. Heemstra (*phv forthcoming*)
 **K&L GATES LLP**
 70 W. Madison St., Suite 3100
 Chicago, IL 60602
 Tel:  +1 312 807 4436
 Fax:  +1 312 827 8000
 Devon.Beane@klgates.com
 Jonah.Heemstra@klgates.com

 Erik J. Halverson (*admitted phv*)

1

**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel:  +1 415 882 8238
Erik.Halverson@klgates.com

Caroline M. Vermillion (*phv forthcoming*)
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
Tel:  +1 212 536 3987
Fax:  +1 212 536 3901
Caroline.Vermillion@klgates.com

***Attorneys for Defendant and Counterclaimant Capital One, National Association***

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 26, 2024.

/s/ *Melissa R. Smith*
Melissa R. Smith