**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IMPLICIT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendant. | Civil Action No. 4:23-cv-00770-SDJ<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF COMPLIANCE**

Defendant Capital One, National Association hereby notifies the Court that it has served its Proposed Terms for Construction on counsel for Plaintiff via electronic mail on May 20, 2024.

Dated: May 20, 2024          Respectfully Submitted,

        By: */s/ Melissa R. Smith*
            Melissa R. Smith
            (Texas State Bar No. 24001351)
            GILLAM & SMITH, LLP
            303 South Washington Avenue
            Marshall, Texas 75670
            Telephone:  (903) 934-8450
            Facsimile:   (903) 934-9257
            Email:  Melissa@Gillamsmithlaw.Com

            Devon C. Beane (*admitted phv*)
            Jonah B. Heemstra (*phv forthcoming*)
            K&L GATES LLP
            70 W. Madison St., Suite 3100
            Chicago, Il 60602
            Tel:  +1 312 807 4436
            Fax:  +1 312 827 8000
            devon.beane@klgates.com
            jonah.heemstra@klgates.com

            Erik J. Halverson (*admitted in this district*)
            K&L GATES LLP
            Four Embarcadero Center, Suite 1200
            San Francisco, Ca 94111
            Tel:  +1 415 882 8238
            erik.halverson@klgates.com

            Caroline M. Vermillion (*phv forthcoming*)
            K&L GATES LLP
            599 Lexington Avenue
            New York, Ny 10022
            Tel:  +1 212 536 3987
            Fax:  +1 212 536 3901
            Caroline.vermillion@klgates.com

            *Attorneys For Defendant And Counterclaimant Capital One, National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

<em>/s/ Melissa R. Smith</em><br>
Melissa R. Smith