

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

MAY 22, 2024

**VIA CM/ECF**

The Honorable Sean D. Jordan
United States District Court Eastern District of Texas
United States Courthouse
7940 Preston Road, Suite 111
Plano, TX 75024

    Re:    *Implicit, LLC v. Capital One, National Association*, Civil Action No. 4:23-cv-00770-SDJ

Dear Judge Jordan:

    Plaintiff Implicit, LLC ("Implicit" or "Plaintiff") and Defendant Capital One, National Association ("Capital One" or "Defendant") hereby notify the Court that they have no present dispute as to claims of privileged documents.

    Respectfully submitted,

| DEVLIN LAW FIRM LLC | GILLAM & SMITH, LLP |
|---|---|
| By: *James M. Lennon* | By: *Erik J. Halverson* |
| James M. Lennon | Melissa R. Smith |
| jlennon@devlinlawfirm.com | Texas Bar No. 24001351 |
| Timothy Devlin | GILLAM & SMITH, LLP |
| tdevlin@devlinlawfirm.com | 303 South Washington Avenue |
| Christopher Clayton | Marshall, Texas 75670 |
| cclayton@devlinlawfirm.com | Telephone: (903) 934-8450 |
| DEVLIN LAW FIRM LLC | Facsimile: (903) 934-9257 |
| 1526 Gilpin Avenue | Email: melissa@gillamsmithlaw.com |
| Wilmington, DE 19806 | |
| Telephone: (302) 449-9010 | Devon C. Beane |
| Facsimile: (302) 353-4251 | K&L GATES LLP |
| | 70 West Madison Street, Suite 3100 |
| *Attorneys for Plaintiff* | Chicago, Illinois 60602 |
| *Implicit, LLC* | Telephone: (312) 807-4436 |
| | Facsimile: (312) 827-8000 |
| | Email: devon.beane@klgates.com |

DEVLIN LAW FIRM
May 22, 2024
Page 2 of 2

        Erik J. Halverson
        K&L GATES LLP
        Four Embarcadero Center, Suite 1200
        San Francisco, CA 94111
        Telephone: 415-882-8238
        Email: erik.halverson@klgates.com

*Attorneys for Defendant*
*Capital One, National Association*

cc:    All counsel of record