UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IMPLICIT, LLC | § |
| | § |
| v. | § CIVIL NO. 4:23-CV-770-SDJ |
| | § |
| CAPITAL ONE, NATIONAL ASSOCIATION | § § |

## ORDER

The Court has received the parties' Joint Stipulation to Stay all Deadlines, (Dkt. #30), advising that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **July 22, 2024**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** until **July 22, 2024**. If dismissal documents have not been filed with the Court by that date, the parties must file a report with the Court, by no later than **July 24, 2024**, on the status of settlement.

So ORDERED and SIGNED this 9th day of July, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE