UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-770-SDJ |
| | § | |
| CAPITAL ONE, NATIONAL ASSOCIATION | § § | |

# ORDER

Before the Court is the parties' Joint Motion to Extend the Stay of all Deadlines. (Dkt. #32). Therein, the parties request a 7-day extension of their deadline to file dismissal papers up to and including July 29, 2024. Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that, on or before **July 29, 2024**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** until **July 29, 2024**. If dismissal documents have not been filed with the Court by that date, the parties must file a report with the Court, by no later than **July 31, 2024**, on the status of settlement.

**So ORDERED and SIGNED this 24th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE